No. 9. NACIREMA OPERATING CO., INC., ET AL. *v.* JOHNSON ET AL.; and

No. 16. TRAYNOR ET AL., DEPUTY COMMISSIONERS *v.* JOHNSON ET AL., 396 U. S. 212;

No. 32. NATIONAL LABOR RELATIONS BOARD *v.* J. H. RUTTER-REX MANUFACTURING CO., INC., ET AL., 396 U. S. 258;

No. 458. JOHNSON ET AL. *v.* MASSACHUSETTS, 396 U. S. 990;

No. 591. CLEVELAND *v.* ILLINOIS, 396 U. S. 986;

No. 592. FLOYD *v.* CITY OF ROCKFORD, 396 U. S. 985;

No. 625. CARLTON ET AL. *v.* CONNER, COMMISSIONER OF AGRICULTURE OF FLORIDA, 396 U. S. 272;

No. 640. SCARSELLETTI *v.* AETNA CASUALTY & SURETY CO., 396 U. S. 987;

No. 172, Misc. GERARDI *v.* UNITED STATES, 396 U. S. 857;

No. 173, Misc. GERARDI *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 396 U. S. 856;

No. 536, Misc. MATHEWSON *v.* McGRATH, TRUSTEE, 396 U. S. 931;

No. 888, Misc. GREEN *v.* PATE, WARDEN, 396 U. S. 1018;

No. 979, Misc. MANUEL *v.* MANUEL, 396 U. S. 948;

No. 986, Misc. ELI *v.* CALIFORNIA, 396 U. S. 1020;

No. 1003, Misc. CHAMBERS ET UX. *v.* COLONIAL PIPELINE CO., 396 U. S. 1020;

No. 1084, Misc. GROSS *v.* CRAVEN, WARDEN, 396 U. S. 1023; and

No. 1153, Misc. PARRISH *v.* BETO, CORRECTIONS DIRECTOR, 396 U. S. 1026. Petitions for rehearing denied.

No. 240. COVELLO *v.* UNITED STATES, 396 U. S. 879. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.